| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Guildworks LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | **22-30388** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **A/B**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 4, 2022**

X **/s/ Marc C. Ricketts**
Signature of individual signing on behalf of debtor

**Marc C. Ricketts**
Printed name

**Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Guildworks LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | 22-30388 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................  $  **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................  $  **375,080.04**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................  $  **375,080.04**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................  $  **484,659.34**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $  **302,627.36**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............  +$  **76,521,430.14**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $  **77,308,716.84**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Guildworks LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | **22-30388** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

2. **Cash on hand**   $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **US Bank** | **Business checking** | **4892** | **$39,598.04** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $39,598.04
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. **L& B Properties - Landlord - Deposit** | $12,000.00 |
   |---|---|
   | 7.2. **PGE - utility deposit** | $1,782.00 |

Debtor  **Guildworks LLC**                                    Case number *(If known)* **22-30388**
       Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                           $13,782.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:       **136,700.00**      -        **0.00**      = ....        **$136,700.00**
                           face amount                              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                          $136,700.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ■ Yes Fill in the information below.

|  |  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                        % of ownership

    15.1.  **GuildWorks-Works LLC**          100    %     N/A                          $0.00

    15.2.  **GuildWorks - WA LLC**           100    %     N/A                          $0.00

    15.3.  **GuildWorks-CA LLC**             100    %     N/A                          $0.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                          $0.00
    Add lines 14 through 16.  Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Debtor **Guildworks LLC**
Name

Case number *(If known)* **22-30388**

- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>**Fabric, rope, cables and hardward** | | $0.00 | | $8,000.00 |
| 20. **Work in progress**<br>**Work in progress** | | $35,000.00 | | $35,000.00 |
| 21. **Finished goods, including goods held for resale**<br>**Construction materials** | | $0.00 | | $50,000.00 |

22. **Other inventory or supplies**

23. **Total of Part 5.** $93,000.00

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ■ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ■ No. Go to Part 7.
    - ☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture - not currently shown book value** | $0.00 | | $5,000.00 |

40. **Office fixtures**

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 3

| Debtor | **Guildworks LLC** | Case number *(If known)* | **22-30388** |
|---|---|---|---|
| | Name | | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    **Computers, software**                                                                         $0.00                                             $7,000.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                              $12,000.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

    | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Equipment and machinery**                                  $0.00                                             $18,000.00

    **CNC Cutting Table**                                        $0.00                                             $25,000.00

    **High Frequency Welder**                                    $0.00                                             $25,000.00

    **Laser Scanning Equipment**                                 $0.00                                             $12,000.00

51. **Total of Part 8.**                                                                                                                              $80,000.00
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

| Debtor | **Guildworks LLC** | Case number *(If known)* **22-30388** |
|---|---|---|
| | Name | |

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    - ■ No. Go to Part 10.
    - ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☐ No. Go to Part 11.
    - ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trade Secrets** | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites**<br>**www.guildworks.com - and 10+ others** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties**<br>**Licensed contractor:  OR, WA, and CA** | **$0.00** | | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer list** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property**<br>**Intellectual property** | **$0.00** | | **$0.00** |
| 65. | **Goodwill**<br>**Goodwill** | **$0.00** | | **$0.00** |

66. **Total of Part 10.**                                                                                           **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

| Debtor | **Guildworks LLC** | Case number *(If known)* **22-30388** |
|---|---|---|
| | Name | |

☒ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Employee Retention Credit est at $200,000**       Tax year | **Unknown** |
| 73. | **Interests in insurance policies or annuities**<br>**Traveler's Policy- Potential Coverage for Swet or Blackmore Case** | **Unknown** |
| | **Hartford Policy- Potential Coverage for Swet or Blackmore Case** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Breach of Contract Claim against Traveler's insurance** | **Unknown** |
| | **Nature of claim**<br>**Amount requested**       $0.00 | |
| | **Breach of Contract Claim against Hartford insurance** | **Unknown** |
| | **Nature of claim**<br>**Amount requested**       $0.00 | |
| | **Construction Bond with Lexon Insurance Company- $20,000 for residential and $50,000 for Commercial.** | **Unknown** |
| | **Nature of claim**<br>**Amount requested**       $0.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| Debtor | **Guildworks LLC** | Case number (If known) | **22-30388** |
|---|---|---|---|
| | Name | | |

| 78. | **Total of Part 11.** | $0.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor **Guildworks LLC**    Case number *(If known)* **22-30388**
Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,598.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,782.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $136,700.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $93,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $375,080.04  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $375,080.04 |