DISTRICT OF OREGON
F I L E D
September 17, 2024
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

*Teresa H. Pearson*
TERESA H. PEARSON
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re:

GUILDWORKS, LLC and
GUILDWORKS-WORKS, LLC

Debtor-in-Possession.

Case Nos:
22-30388-thp11 (Lead Case)
22-30389-thp11

Jointly Administered Under
Case No. 22-30388-thp11

**ORDER CONFIRMING DEBTORS' AMENDED FIRST MODIFIED JOINT PLAN OF REORGANIZATION DATED AUGUST 8, 2024 PURSUANT TO 11 U.S.C. §§ 1191(b) and 1191(c)**

This matter came before the Court on September 16, 2024, for confirmation of the Debtors' Amended First Modified Joint Plan of Reorganization dated August 8, 2024, as modified herein (the "***Modified Plan***") [Doc. No. 189]. The Modified Plan amends and modifies the Debtors Joint Plan of Reorganization dated June 21, 2022 (the "***Plan***") [Doc. No. 91].

Page 1
{00682849:1}

ORDER CONFIRMING DEBTORS' AMENDED
FIRST MODIFIED JOINT PLAN OF
REORGANIZATION DATED AUGUST 8, 2024

Elevate Law Group
6000 Meadows Road, Ste 450
Lake Oswego OR 97035
Phone: 503-417-0501

Based upon the testimony, exhibits, and representations provided at the hearing, and the Court's review of the record, including declarations in the record and evidence considered based on requests for judicial notice, and further based on the findings of fact and conclusions of law stated by the Court on the record at the hearing held, the Court finds all requirements for modifying a confirmed plan under 11 U.S.C. §§ 1193(c) are met.

THE COURT HEREBY FINDS AND CONCLUDES that:

A.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. Confirmation of the Modified Plan is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is properly before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

B.  The Court further finds that the Modified Plan was properly transmitted to creditors and parties in interest and that all objections to the Modified Plan, if any, have been resolved. The Court further finds that the proposed amendments set forth below to the Modified Plan do not adversely change the treatment of the claim of any creditor or the interest of any equity security holder who has not accepted in writing the amendments, and therefore, such amendments shall be deemed accepted by all creditors and interest holders who have previously accepted the Modified Plan.

C.  The Debtor's circumstances warrant modification as provided by § 1193(c).

NOW, THEREFORE, IT IS HEREBY ORDERED that:

Page 2
{00682849:1}    ORDER CONFIRMING DEBTORS' AMENDED FIRST MODIFIED JOINT PLAN OF REORGANIZATION DATED AUGUST 8, 2024

Elevate Law Group
6000 Meadows Road, Ste 450
Lake Oswego OR 97035
Phone: 503-417-0501

1.     The Modified Plan, as modified by the amendments described herein, is confirmed as a non-consensual plan pursuant to 11 U.S.C. §§ 1129, 1191(b), and 1193(c) of the Bankruptcy Code.

2.     This Order incorporates those changes made to the Plan pursuant to the confirmation Order dated September 15, 2022 [Doc. No. 125] modifying the Plan, unless incompatible with the below terms or superseded by this Order or the Modified Plan.

3.     The Modified Plan is hereby modified as follows:

   a. Exhibit 2 to the Modified Plan is replaced with Exhibit 2 attached to this Order. Payments to BINW are calculated only as to principal and interest. Attorney fees under § 506(b) may be claimed as provided by the Code and added to the total payments.

   b. Notwithstanding any language to the contrary, administrative tax claims of the ODR which accrued post-petition shall be paid as provided on Exhibit 2 under the ODR Cure Payments line. Any accrued interest on such amounts shall be paid in month 29. In the event that such interest and other payments due in month 29 exceeds $5,000, payments beginning in month 29 shall be $5,000 per month until paid in full.

   c. Article 7.4 of the Modified Plan is modified to read as follows:

   7.4  Plan Payments and Withholding Tax Payments. The Debtors shall act as their own disbursing agents of the amounts due under the Plan. Beginning on the first payroll to be processed in the month of November 2024, and for the remaining duration of the Modified Plan, the Debtor shall engage a third party payroll service provider to appropriately withhold taxes and other amounts from employee paychecks and promptly pay payroll to employees and withholdings to the applicable authorities. The Debtor shall promptly pay any withholding taxes for employee paychecks issued in August, September and October 2024 if the third-party withholding services was not yet in place at the time employees were paid. The Debtor shall provide the US Trustee's office with appropriate evidence of compliance that is it beginning the process of establishing this payroll service and that the first payroll in November was processed by the third party processor.

Page 3
{00682849:1}

ORDER CONFIRMING DEBTORS' AMENDED FIRST MODIFIED JOINT PLAN OF REORGANIZATION DATED AUGUST 8, 2024

Elevate Law Group
6000 Meadows Road, Ste 450
Lake Oswego OR 97035
Phone: 503-417-0501

4. This Order is a Final Order. There shall be no stay of this Order under Bankruptcy Rule 3020(e) and the period in which an appeal must be filed shall commence immediately upon the entry hereof in accordance with Bankruptcy Rule 3020(e).

5. To the extent any provision designated herein as a finding of fact is more properly characterized to be a conclusion of law, it shall be so deemed, and vice versa.

### 

I certify that we have complied with the requirements of LBR 9021-1(a)(2)(A).

**Presented by:**

ELEVATE LAW GROUP

_/s/ Troy G. Sexton_

Troy G. Sexton, OSB #115184
Email: tsexton@portlaw.com
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035
(503) 417-0517 Direct
(503) 417-0501 Facsimile
Counsel for Debtors

Page 4
{00682849:1}
ORDER CONFIRMING DEBTORS' AMENDED FIRST MODIFIED JOINT PLAN OF REORGANIZATION DATED AUGUST 8, 2024

Elevate Law Group
6000 Meadows Road, Ste 450
Lake Oswego OR 97035
Phone: 503-417-0501

In re: Guildworks LLC et. al. Case No. 22-30388-thp11 (Lead Case)

Case 22-30388-thp11    Doc 205    Filed 09/17/24

| Plan Month | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | Oct 22 | Nov 22 | Dec 22 | Jan 23 | Feb 23 |
| Beginning Cash | $ 113,067.71 | $ 100,316.62 | $ 65,640.65 | $ 63,179.79 | $ 21,825.41 |
| **Cash Inflows** | | | | | |
| Operating Revenue | $ 280,000.00 | $ 250,000.00 | $ 240,000.00 | $ 299,950.74 | $ 322,559.29 |
| Tax Refund | | | | | |
| Total Inflows: | $ 280,000.00 | $ 250,000.00 | $ 240,000.00 | $ 299,950.74 | $ 322,559.29 |
| **Operating Expenses** | | | | | |
| COGS | $ 168,000.00 | $ 155,000.00 | $ 120,000.00 | $ 224,616.40 | $ 152,162.72 |
| INSURANCE | $ 8,178.53 | $ 13,178.53 | $ 8,178.53 | $ 13,874.80 | $ 30,596.72 |
| GENERAL OPERATING EXPENSES | $ 35,774.36 | $ 28,962.33 | $ 32,962.33 | $ 22,998.92 | $ 47,903.49 |
| RENT | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| OVERHEAD WAGES | $ 44,000.00 | $ 44,000.00 | $ 44,000.00 | $ 44,000.00 | $ 44,000.00 |
| PAYROLL TAXES | $ 12,320.00 | $ 12,320.00 | $ 12,320.00 | $ 12,320.00 | $ 12,320.00 |
| Total Expenses | $ 283,272.89 | $ 268,460.86 | $ 232,460.86 | $ 332,810.12 | $ 301,982.93 |
| Operating Profit/Loss | $ (3,272.89) | $ (18,460.86) | $ 7,539.14 | $ (32,859.38) | $ 20,576.36 |
| Subtotal: Cash After Expenses | $ 109,794.82 | $ 81,855.75 | $ 73,179.79 | $ 30,320.41 | $ 42,401.77 |
| **Plan Payments** | | | | | |
| Cash Available for Debt Service | $ 109,794.82 | $ 81,855.75 | $ 73,179.79 | $ 30,320.41 | $ 42,401.77 |
| Administrative Expenses | $ - | $ 6,920.00 | $ - | $ 3,530.00 | $ 3,530.00 |
| Class 1: Secured - BINW | $ 3,113.00 | $ 3,113.00 | $ 3,113.00 | $ 3,113.00 | $ 3,113.00 |
| Class 2: Secured - Biz Fund | $ 1,853.00 | $ 1,853.00 | $ 1,853.00 | $ 1,852.00 | $ 1,852.00 |
| Class 3: Secured- SBA | $ - | $ 1,504.00 | $ 1,504.00 | $ - | $ - |
| Class 4/5: Secured/Priority IRS and ODR | $ 4,512.20 | $ 2,825.10 | $ 3,530.00 | $ - | $ - |
| ODR Cure Payments(Admin Claim then post-con arrearage) | | | | | |
| Class 7/8: Unsecured Claim Pool | $ - | $ - | $ - | $ - | $ - |
| Total Payments | $ 9,478.20 | $ 16,215.10 | $ 10,000.00 | $ 8,495.00 | $ 8,495.00 |
| Ending Cash Balance After Plan Payments | $ 100,316.62 | $ 65,640.65 | $ 63,179.79 | $ 21,825.41 | $ 33,906.77 |

Exhibit 2 1 of 6

| | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|
| | **Mar 23** | **April 23** | **May 23** | **June 23** | **Jul 23** | **Aug 23** | **Sep 23** | **Oct 23** | **Nov 23** |
| | $ 33,906.77 | $ 135,150.26 | $ 114,426.11 | $ 22,749.17 | $ 77,714.77 | $ 38,613.46 | $ 30,182.79 | $ 73,399.58 | $ 29,571.25 |
| | $ 434,606.28 | $ 351,625.90 | $ 158,606.88 | $ 273,160.11 | $ 87,282.54 | $ 98,026.24 | $ 223,835.21 | $ 92,603.72 | $ 92,515.27 |
| | $ 434,606.28 | $ 351,625.90 | $ 158,606.88 | $ 273,160.11 | $ 87,282.54 | $ 98,026.24 | $ 223,835.21 | $ 92,603.72 | $ 92,515.27 |
| | $ 197,860.85 | $ 217,651.55 | $ 116,166.65 | $ 106,319.50 | $ 29,821.06 | $ 30,365.16 | $ 48,856.05 | $ 59,094.60 | $ 8,956.21 |
| | $ 3,845.72 | $ 8,437.08 | $ 1,597.24 | $ 1,597.24 | $ 1,597.24 | $ 1,597.24 | $ 33,671.55 | $ 2,929.93 | $ 6,845.49 |
| | $ 49,281.22 | $ 67,347.42 | $ 53,674.93 | $ 27,901.77 | $ 21,085.55 | $ 614.51 | $ 19,245.82 | $ 3,087.52 | $ 6,651.21 |
| | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| | $ 46,000.00 | $ 46,000.00 | $ 46,000.00 | $ 46,000.00 | $ 46,000.00 | $ 46,000.00 | $ 46,000.00 | $ 44,000.00 | $ 44,000.00 |
| | $ 12,880.00 | $ 12,880.00 | $ 12,880.00 | $ 12,880.00 | $ 12,880.00 | $ 12,880.00 | $ 12,880.00 | $ 12,320.00 | $ 12,320.00 |
| | $ 324,867.79 | $ 367,316.05 | $ 245,318.82 | $ 209,698.51 | $ 126,383.85 | $ 106,456.91 | $ 175,653.42 | $ 136,432.05 | $ 93,772.91 |
| | $ 109,738.49 | $ (15,690.15) | $ (86,711.94) | $ 63,461.60 | $ (39,101.31) | $ (8,430.67) | $ 48,181.79 | $ (43,828.33) | $ (1,257.64) |
| | $ 143,645.26 | $ 119,460.11 | $ 27,714.17 | $ 86,210.77 | $ 38,613.46 | $ 30,182.79 | $ 78,364.58 | $ 29,571.25 | $ 28,313.61 |
| | $ 143,645.26 | $ 119,460.11 | $ 27,714.17 | $ 86,210.77 | $ 38,613.46 | $ 30,182.79 | $ 78,364.58 | $ 29,571.25 | $ 28,313.61 |
| | $ 3,530.00 | $ 3,530.00 | $ - | $ 3,530.00 | $ - | $ - | $ - | $ - | $0.00 |
| | $ 3,113.00 | $ - | $ 3,113.00 | $ 3,113.00 | $ - | $ - | $ 3,113.00 | $ - | $ - |
| | $ 1,852.00 | $ - | $ 1,852.00 | $ 1,853.00 | $ - | $ - | $ 1,852.00 | $ - | $ - |
| | $ - | $ 1,504.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 8,495.00 | $ 5,034.00 | $ 4,965.00 | $ 8,496.00 | $ - | $ - | $ 4,965.00 | $ - | $ - |
| | $ 135,150.26 | $ 114,426.11 | $ 22,749.17 | $ 77,714.77 | $ 38,613.46 | $ 30,182.79 | $ 73,399.58 | $ 29,571.25 | $ 28,313.61 |

Exhibit 2 2 of 6

| | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|
| | **Dec 23** | **Jan 24** | **Feb 24** | **Mar 24** | **Apr 24** | **May 24** | **Jun 24** | **Jul 24** |
| | $ 28,313.61 | $ 30,816.01 | $ 10,433.09 | $ 14,012.97 | $ 147,963.85 | $ 62,477.73 | $ 62,010.61 | $ 18,182.54 |
| | | | | | | | | |
| | $ 144,897.63 | $ 214,840.00 | $ 173,375.00 | $ 350,828.00 | $ 148,662.00 | $ 166,609.00 | $ 95,431.00 | $ 134,112.00 |
| | $ 144,897.63 | $ 214,840.00 | $ 173,375.00 | $ 350,828.00 | $ 148,662.00 | $ 166,609.00 | $ 95,431.00 | $ 134,112.00 |
| | | | | | | | | |
| | $ 34,479.43 | $ 114,292.00 | $ 55,178.00 | $ 93,407.00 | $ 102,186.00 | $ 52,954.00 | $ 33,607.00 | $ 25,926.00 |
| | $ 4,635.39 | $ 13,178.53 | $ 13,562.53 | $ 10,563.53 | $ 10,563.53 | $ 10,563.53 | $ 10,563.53 | $ 10,563.53 |
| | $ 31,960.41 | $ 28,962.33 | $ 24,768.54 | $ 24,768.54 | $ 24,768.54 | $ 24,768.54 | $ 22,768.54 | $ 22,768.54 |
| | $ 15,000.00 | $ 16,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 |
| | $ 44,000.00 | $ 44,000.00 | $ 44,000.00 | $ 47,000.00 | $ 47,000.00 | $ 44,000.00 | $ 44,000.00 | $ 44,000.00 |
| | $ 12,320.00 | $ 12,320.00 | $ 12,320.00 | $ 13,160.00 | $ 13,160.00 | $ 12,320.00 | $ 12,320.00 | $ 12,320.00 |
| | $ 142,395.23 | $ 228,752.86 | $ 164,829.07 | $ 203,899.07 | $ 212,678.07 | $ 160,606.07 | $ 139,259.07 | $ 131,578.07 |
| | $ 2,502.40 | $ (13,912.86) | $ 8,545.93 | $ 146,928.93 | $ (64,016.07) | $ 6,002.93 | $ (43,828.07) | $ 2,533.93 |
| | $ 30,816.01 | $ 16,903.14 | $ 18,979.02 | $ 160,941.90 | $ 83,947.78 | $ 68,480.66 | $ 18,182.54 | $ 20,716.47 |
| | | | | | | | | |
| | $ 30,816.01 | $ 16,903.14 | $ 18,979.02 | $ 160,941.90 | $ 83,947.78 | $ 68,480.66 | $ 18,182.54 | $ 20,716.47 |
| | $0.00 | $ - | | $ 3,500.00 | $ - | $ - | $ - | $ - |
| | $ - | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ - | $ 3,112.00 |
| | $ - | $ 1,853.10 | $ 1,853.10 | $ 1,853.10 | $ 1,853.10 | $ 1,853.10 | $ - | $ 1,853.00 |
| | $ - | $ 1,504.00 | $ - | $ 4,512.00 | $ 1,504.00 | $ 1,504.00 | $ - | $ 1,504.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | $ 15,000.00 | $ - | $ - | $ 7,500.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| | $ - | $ 6,470.05 | $ 4,966.05 | $ 12,978.05 | $ 21,470.05 | $ 6,470.05 | $ - | $ 13,969.00 |
| | $ 30,816.01 | $ 10,433.09 | $ 14,012.97 | $ 147,963.85 | $ 62,477.73 | $ 62,010.61 | $ 18,182.54 | $ 6,747.47 |

Exhibit 2 3 of 6

| | 23 | 24 | 25 | 26 | 27 | | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|
| | Aug 24 | Sep 24 | Oct 24 | Nov 24 | Dec 24 | | Jan 25 | Feb 25 | Mar 25 |
| | $ 6,747.47 | $ 21,786.40 | $ 24,266.28 | $ 29,746.16 | $ 13,663.87 | | $ 12,563.80 | $ 11,817.58 | $ 84,446.41 |
| | $ 235,000.00 | $ 276,000.00 | $ 840,000.00 | $ 394,507.50 | $ 435,000.00 | | $ 340,000.00 | $ 530,000.00 | $ 570,000.00 |
| | $ 235,000.00 | $ 276,000.00 | $ 840,000.00 | $ 394,507.50 | $ 435,000.00 | | $ 340,000.00 | $ 530,000.00 | $ 570,000.00 |
| | $ 87,000.00 | $ 115,000.00 | $ 676,000.00 | $ 248,539.73 | $ 274,050.00 | | $ 170,000.00 | $ 312,700.00 | $ 359,100.00 |
| | $ 10,563.53 | $ 10,563.53 | $ 10,563.53 | $ 10,563.53 | $ 10,563.53 | | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 |
| | $ 24,768.54 | $ 24,768.54 | $ 24,768.54 | $ 24,768.54 | $ 24,768.54 | | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 |
| | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 |
| | $ 47,000.00 | $ 53,000.00 | $ 53,000.00 | $ 53,000.00 | $ 53,000.00 | | $ 53,000.00 | $ 53,000.00 | $ 53,000.00 |
| | $ 13,160.00 | $ 14,840.00 | $ 14,840.00 | $ 14,840.00 | $ 14,840.00 | | $ 14,840.00 | $ 14,840.00 | $ 14,840.00 |
| | $ 198,492.07 | $ 234,172.07 | $ 795,172.07 | $ 367,711.80 | $ 393,222.07 | | $ 297,868.22 | $ 440,568.22 | $ 486,968.22 |
| | $ 36,507.93 | $ 41,827.93 | $ 44,827.93 | $ 26,795.71 | $ 41,777.93 | | $ 42,131.78 | $ 89,431.78 | $ 83,031.78 |
| | $ 43,255.40 | $ 63,614.33 | $ 69,094.21 | $ 56,541.87 | $ 55,441.80 | | $ 54,695.58 | $ 101,249.36 | $ 167,478.20 |
| | $ 43,255.40 | $ 63,614.33 | $ 69,094.21 | $ 56,541.87 | $ 55,441.80 | | $ 54,695.58 | $ 101,249.36 | $ 167,478.20 |
| | $ - | $ 4,302.95 | $ 4,302.95 | $ 4,302.95 | $ 4,302.95 | | $ 4,302.95 | $ 4,302.95 | $ 4,302.95 |
| | $ 3,112.00 | $ 6,225.90 | $ 6,225.90 | $ 6,225.90 | $ 6,225.90 | | $ 6,225.90 | $ 6,225.90 | $ 3,112.95 |
| | $ 1,853.00 | $ 3,706.20 | $ 3,706.20 | $ 3,706.20 | $ 3,706.20 | | $ 3,706.20 | $ 1,853.10 | $ 1,853.10 |
| | $ 1,504.00 | $ 5,113.00 | $ 5,113.00 | $ 5,113.00 | $ 5,113.00 | | $ 5,113.00 | $ 1,504.00 | $ 1,504.00 |
| | $ - | $ - | $ - | $ 3,529.95 | $ 3,529.95 | | $ 3,529.95 | $ 417.00 | $ 3,529.95 |
| | $ 15,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | | $ 20,000.00 | $ 2,500.00 | |
| | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - |
| | $ 21,469.00 | $ 39,348.05 | $ 39,348.05 | $ 42,878.00 | $ 42,878.00 | | $ 42,878.00 | $ 16,802.95 | $ 14,302.95 |
| | $ 21,786.40 | $ 24,266.28 | $ 29,746.16 | $ 13,663.87 | $ 12,563.80 | | $ 11,817.58 | $ 84,446.41 | $ 153,175.25 |

Exhibit 2 4 of 6

| | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 |
|---|---|---|---|---|---|---|---|---|---|
| | Apr 25 | May 25 | Jun 25 | Jul 25 | Aug 25 | Sep 25 | Oct 25 | Nov 25 | Dec 25 |
| | $ 84,446.41 | $ 64,375.24 | $ 42,524.08 | $ 672.91 | $ 22,924.69 | $ 8,176.47 | $ (9,571.75) | $ (2,319.96) | $ 34,931.82 |
| | $ 370,000.00 | $ 320,000.00 | $ 280,000.00 | $ 350,000.00 | $ 230,000.00 | $ 310,000.00 | $ 320,000.00 | $ 380,000.00 | $ 280,000.00 |
| | $ 370,000.00 | $ 320,000.00 | $ 280,000.00 | $ 350,000.00 | $ 230,000.00 | $ 310,000.00 | $ 320,000.00 | $ 380,000.00 | $ 280,000.00 |
| | $ 247,900.00 | $ 204,800.00 | $ 184,800.00 | $ 175,000.00 | $ 92,000.00 | $ 155,000.00 | $ 160,000.00 | $ 190,000.00 | $ 140,000.00 |
| | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 |
| | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 |
| | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 |
| | $ 53,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 |
| | $ 14,840.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 |
| | $ 375,768.22 | $ 327,548.22 | $ 307,548.22 | $ 297,748.22 | $ 214,748.22 | $ 277,748.22 | $ 282,748.22 | $ 312,748.22 | $ 262,748.22 |
| | $ (5,768.22) | $ (7,548.22) | $ (27,548.22) | $ 52,251.78 | $ 15,251.78 | $ 32,251.78 | $ 37,251.78 | $ 67,251.78 | $ 17,251.78 |
| | $ 78,678.19 | $ 56,827.03 | $ 14,975.86 | $ 52,924.69 | $ 38,176.47 | $ 40,428.25 | $ 27,680.04 | $ 64,931.82 | $ 52,183.60 |
| | $ 78,678.19 | $ 56,827.03 | $ 14,975.86 | $ 52,924.69 | $ 38,176.47 | $ 40,428.25 | $ 27,680.04 | $ 64,931.82 | $ 52,183.60 |
| | $ 4,302.95 | $ 4,302.95 | $ 4,302.95 | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 |
| | $ 1,853.10 | $ 1,853.10 | $ 1,853.10 | $ 1,853.10 | $ 2,536.70 | $ - | $ - | $ - | $ - |
| | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 |
| | $ 3,529.95 | $ 3,529.95 | $ 3,529.95 | $ 23,529.95 | $ 22,846.35 | $ 25,383.05 | $ 25,383.05 | $ 25,383.05 | $ 25,383.05 |
| | $ - | $ - | $ - | $ - | $ - | $ 20,000.00 | $ - | $ - | $ - |
| | $ 14,302.95 | $ 14,302.95 | $ 14,302.95 | $ 30,000.00 | $ 30,000.00 | $ 50,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 |
| | $ 64,375.24 | $ 42,524.08 | $ 672.91 | $ 22,924.69 | $ 8,176.47 | $ (9,571.75) | $ (2,319.96) | $ 34,931.82 | $ 22,183.60 |

Exhibit 2 5 of 6

In re: Guildworks LLC et. al. Case No. 22-30388-thp11 (Lead Case)

Case 22-30388-thp11    Doc 205    Filed 09/17/24

|  | 40 | 41 | 42 | 43 | 44 | 45 | 46 | Totals |
|---|---|---|---|---|---|---|---|---|
|  | **Jan 26** | **Feb 26** | **Mar 26** | **Apr 26** | **May 26** | **Jun 26** | **Jul 26** |  |
|  | $ 22,183.60 | $ 9,435.38 | $ 18,287.16 | $ 10,938.95 | $ (109.27) | $ 33,942.51 | $ 42,694.29 |  |
|  | $ 280,000.00 | $ 390,000.00 | $ 420,000.00 | $ 410,000.00 | $ 410,000.00 | $ 350,000.00 | $ 450,000.00 |  |
|  | $ 280,000.00 | $ 390,000.00 | $ 420,000.00 | $ 410,000.00 | $ 410,000.00 | $ 350,000.00 | $ 450,000.00 |  |
|  | $ 140,000.00 | $ 218,400.00 | $ 264,600.00 | $ 258,300.00 | $ 213,200.00 | $ 178,500.00 | $ 297,000.00 |  |
|  | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 | $ 10,065.89 |  |
|  | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 | $ 32,962.33 |  |
|  | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 |  |
|  | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 |  |
|  | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 | $ 13,720.00 |  |
|  | $ 262,748.22 | $ 341,148.22 | $ 387,348.22 | $ 381,048.22 | $ 335,948.22 | $ 301,248.22 | $ 419,748.22 |  |
|  | $ 17,251.78 | $ 48,851.78 | $ 32,651.78 | $ 28,951.78 | $ 74,051.78 | $ 48,751.78 | $ 30,251.78 | $ 912,382.60 |
|  | $ 39,435.38 | $ 58,287.16 | $ 50,938.95 | $ 39,890.73 | $ 73,942.51 | $ 82,694.29 | $ 72,946.07 |  |
|  | $ 39,435.38 | $ 58,287.16 | $ 50,938.95 | $ 39,890.73 | $ 73,942.51 | $ 82,694.29 | $ 72,946.07 |  |
|  | $ - | $ - | $ - | $ - | $ - | $ - | $ - |  |
|  | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 | $ 3,112.95 |  | $ - | $ - |  |
|  | $ - | $ - | $ - | $ - | $ - | $ - | $ - |  |
|  | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 | $ 1,504.00 |  |
|  | $ 25,383.05 | $ 35,383.05 | $ 35,383.05 | $ 35,383.05 | $ 38,496.00 | $ 38,496.00 | $ 38,496.00 |  |
|  | $ - | $ - | $ - | $ - | $ - | $ - | $ - |  |
|  | $ 30,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 923,775.40 |
|  | $ 9,435.38 | $ 18,287.16 | $ 10,938.95 | $ (109.27) | $ 33,942.51 | $ 42,694.29 | $ 32,946.07 |  |

Exhibit 2 6 of 6