UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>GUILDWORKS, LLC and<br><br>GUILDWORKS-WORKS, LLC<br><br><br>Debtors. | Case No. 22-30388-thp11 (Lead Case)<br><br>Case No. 22-30389-thp11<br><br>STIPULATED MOTION TO APPROVE SECURED CREDITOR FEES AND COSTS |

Secured creditor Seattle Economic Development Fund, dba Business Impact NW ("BINW") and the Guildworks, LLC (the "Debtor"), hereby stipulate and move for entry of an order as follows:

1.  On September 17, 2024, an Order Confirming Debtors' Amended First Modified Joint Plan of Reorganization Dated August 8, 2024, Pursuant to 11 U.S.C. §§1191(b) and 1191(c) (the "Order") was entered (Dkt. 205).

2.  Pursuant to the Amended First Modified Joint Plan of Reorganization (the "Amended Plan") (Dkt. 189), BINW, as holder of a secured claim (Class 1), is entitled to seek its attorney fees and costs pursuant to 11 U.S.C. §506(b). Such fees and costs may be agreed to between BINW and Debtor. Amended Plan at Section IV.

STIPULATED MOTION TO APPROVE SECURED CREDITOR
FEES AND COSTS - 1

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

3. Debtor and BINW hereby stipulate to the allowance of $4,671.50 in fees and $2.50 in costs to be added to the Class 1 claim and paid as part of the Plan as amended by the Order.

WHEREFORE, BINW and Debtor requests the Court to enter an order approving this stipulation and approving BINW's fees and costs pursuant to 11 U.S.C. §506(b).

DATED this 23rd day of September 2024.

| DBS | LAW | ELEVATE LAW GROUP |
|---|---|

By  /s/ *Daniel J. Bugbee*
Daniel J. Bugbee, OSB. 155244
155 NE 100th St., Suite 205
Seattle, WA 98125
P: (206) 489-3819
dbugbee@lawdbs.com
*Attorneys for Business Impact NW*

By */s/ Troy G. Sexton (per email authorization)*
Troy G. Sexton, OSB #115184
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035
P: (503) 417-0517
tsexton@portlaw.com
*Attorneys for Debtors*

STIPULATED MOTION TO APPROVE SECURED CREDITOR FEES AND COSTS - 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

**CERTIFICATE OF SERVICE**

I, Daniel J. Bugbee, hereby certify that on September 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

DATED this 23rd day of September 2024, at Seattle, Washington.

            By  */s/ Daniel J. Bugbee*
                  Daniel J. Bugbee, OSB #155244

STIPULATED MOTION TO APPROVE SECURED CREDITOR FEES AND COSTS - 3

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737